# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Eric Hollander
                                     Plaintiff,

v.                                                      Case No.: 1:13–cv–03330
                                                     Honorable Charles R. Norgle Sr.

OfficeMax Incorporated, et al.
                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 11, 2014:

      MINUTE entry before the Honorable Charles R. Norgle: Case dismissed against Defendants, with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), instanter [14]. Civil case terminated. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.